515 A.2d 1320

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Tyrone CLARK.**

Supreme Court of Pennsylvania.

Oct. 2, 1986.

Petition for Allowance of Appeal GRANTED, No. 70 W.D. Appeal Docket 1986.